IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

GREG DEES                                                          PLAINTIFF

    vs.                    CASE No. 05-3004

PACE INDUSTRIES, INC.                                              DEFENDANT

## **O R D E R**

NOW on this 13th day of December, 2005, the above referenced matter comes on for this Court's consideration of **Defendant's Motion to Compel** (document #14) which was filed on November 22, 2005. In its motion, the defendant states that the plaintiff has failed to provide his mandatory initial disclosures and has failed to provide complete, verified, responses to Defendant's First Set of Interrogatories and Request for Production of Documents. No response to the motion to compel has been filed. Upon due consideration, **Defendant's Motion to Compel** (document #14) is **GRANTED**. The plaintiff shall have ten days from the date of this order in which to produce his mandatory initial disclosures, provide verified responses to the written discovery, and provide complete responses to Interrogatories 4 and 13 and Requests for Production 6, 7, 8, 10, and 12. Further, as the plaintiff has offered no justification for his failure to respond to the discovery requests, he is hereby ordered to pay defendant's attorney's fees associated with the filing of the motion to compel in the amount of $150.00. <u>See</u> Fed. R. Civ. P. 37(a)(4)(A).

    IT IS SO ORDERED.

                                              /S/JIMM LARRY HENDREN
                                              JIMM LARRY HENDREN
                                              UNITED STATES DISTRICT JUDGE