```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                     HARRISON DIVISION
```

GREG DEES                                              PLAINTIFF

          v.            Civil No. 05-3004

PACE INDUSTRIES, INC.                                  DEFENDANT

## ORDER

On this 26th day of January 2006, the Court conducted a telephonic conference on the record regarding **Defendant's Motion to Dismiss for Failure to Prosecute (Doc. 18).** As stated by the Court at the conclusion of the conference, plaintiff's counsel shall have until Friday, February 3, 2005, to secure the presence of plaintiff in counsel's office and then contact the Court for the scheduling of another telephonic conference. If plaintiff's counsel is not able to comply with this directive, plaintiff's complaint will be dismissed with prejudice.

**IT IS SO ORDERED.**

                              /S/JIMM LARRY HENDREN
                              JIMM LARRY HENDREN
                              UNITED STATES DISTRICT JUDGE